3.

Samuel Andrea Pesuti
24705 N. 115th Avenue
Sun City, AZ 85373

Debtor in Pro Se

FILED
2010 MAY 10 PM 1:56
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:

SAMUEL ANDREA PESUTI

        Debtor

) Case No.: 2:10-bk-09664-GBN
)
) Chapter 7 Proceedings
)
)
) MOTION FOR RULE 2004
) EXAMINATION
)
)
)

MOTION FOR EXAMINATION

PURSUANT TO BANKRUPTCY RULE 2004

    Debtor, hereby moves this Court for the entry of an order providing for examination of:

**Wells Fargo Bank, N.A.**

**c/o Mark S. Bosco, Esq.**

**2525 E. Camelback Road, STE 300**

**Phoenix, Arizona 85016**

    The Debtor's Motion is more fully set forth in and is supported by the following Memorandum of Points and Authorities.

1

## MEMORANDUM OF POINTS AND AUTHORITIES

So that the Debtor may further investigate the Note and Deed of Trust allegedly held by Wells Fargo Bank NA, the Debtor requests that the Court order Mark S. Bosco, agent of Wells Fargo Bank NA, to appear for examination and to produce the following documents:

1. The original Note and Deed of Trust confirming proper ownership of the property located at 24705 N 115th Avenue, Sun City, Arizona 85373 ("Property"), and any and all other documents concerning the Property in the possession of Wells Fargo Bank NA.

2. Such additional information and documentation as the Debtor may request from time to time.

WHEREFORE, Debtor prays for the entry of an order pursuant to Bankruptcy Rule 2004 as set forth herein.

RESPECTFULLY SUBMITTED this 10th day of May, 2010

SAMUEL ANDREA PESUTI

*[signature: Samuel Andrea Pesuti]*

| | |
|---|---|
| 1 | A copy of the foregoing mailed |
| 2 | This 10th day of May, 2009, to: |
| 3 | |
| 4 | Constantino Flores |
| 5 | PO Box 511 |
| 6 | Phoenix, AZ 85001 |
| 7 | Trustee |
| 8 | |
| 9 | Mark S. Bosco / |
| 10 | Leonard J. McDonald |
| 11 | TIFFANY & BOSCO P.A. |
| 12 | 2525 E. Camelback Road |
| 13 | Suite 300 |
| 14 | Phoenix, AZ 85016 |

05/10/2010