**ORDERED ACCORDINGLY.**

**TIFFANY & BOSCO** P.A.

Dated: June 24, 2010

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-09277

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Samuel Andrea Pesuti<br>　　　　Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>　　　　Movant,<br>　vs.<br>Samuel Andrea Pesuti<br>Debtors; Constantino Flores, Trustee.<br>　　　　Respondents. | No. 2:10-bk-09664-GBN<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #17)<br><br>Hearing Date: June 21, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated June 27, 2008, and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Samuel Andrea Pesuti have an interest in, further described as:

　The East half of the South half of the West 530 feet of GLO Lot 10, Section 7, Township 4 North, Range 1 East of The Gila and Salt River Base and Meridian, Maricopa County, Arizona; EXCEPT all oil, gas and other minerals as reserved in Patent from United States of America.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.